IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 4:19-cv-01826 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | § § § § § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO STAY AND ADMINISTRATIVELY CLOSE CASE

Before the Court is the parties' Joint Motion to Stay and Administratively Close Case Pending Arbitration. After review, the motion is hereby **GRANTED**.

It is hereby **ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending arbitration proceedings. The parties may file a motion to lift the stay within **ten days** of the completion of arbitration.

It is further **ORDERED** that all pending motions are hereby **DENIED as moot**.

SIGNED this  16  day of    March   , 2020.

_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE