IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 4:19-cv-01826 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | § § § § § | |
| Defendant. | § | |

## STIPLUATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), National Union Fire Insurance Company of Pittsburgh and Travelers Property Casualty Company of America stipulate that all claims and counterclaims asserted in the above-styled and numbered lawsuit are DISMISSED WITH PREJUDICE.  Each party agrees to bear its own costs.

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
*Attorney in Charge*
Texas Bar No. 22059400
Federal Bar No. 2729
wright@wrightclosebarger.com
Natasha N. Taylor
Texas Bar No. 24071117
Federal Bar No. 1102665
taylor@wrightclosebarger.com

WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320

**Counsel for National Union Fire Insurance Company of Pittsburgh**

Ryan Logan Valdez
*Attorney in Charge*
State Bar No. 24037627
S.D. Tex. No. 3423864
rvaldez@canteyhanger.com
Derek Carson
State Bar No. 24085240
S.D. Tex. No. 2339580
dcarson@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Facsimile: (817) 877-2807

**Counsel for Travelers Property Casualty Company of America**

2

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2021, a true and correct of the foregoing document was served on counsel of record via the Court's ECF system.

*/s/ Natasha N. Taylor*
Natasha N. Taylor
